IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PARADISE CONCEPTS, INC., ET AL. : | |
| *AND OTHERS SIMILARLY SITUATED* : | |
| : | CIVIL ACTION |
| v.  : | |
| : | NO. 20-2161 |
| THOMAS W. WOLF, ET AL. : | |

## ORDER

**AND NOW**, this 31st day of August 2020, upon consideration of Defendants' Motion to Dismiss (ECF No. 11), Plaintiffs' response thereto (ECF No. 12), Defendants' Reply (ECF No. 14), and Plaintiffs' Sur-Reply (ECF No. 15), it is **ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART**, as follows:

1. Plaintiffs' Substantive Due Process Claim (Count I) is **DISMISSED**.

2. In all other respects, the Motion is denied.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**