IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PARADISE CONCEPTS, INC., ET AL. *AND OTHERS SIMILARLY SITUATED T/A KENWOOD POOLS* | : : : : |
| v. | : CIVIL ACTION NO. 20-2161 : |
| THOMAS W. WOLF, ET AL. *GOVERNOR OF THE COMMONWEALTH OF PENNSYLVANIA* | : : : |

## **SCHEDULING ORDER**

**AND NOW**, this ___1st___ day of ___February___ 2021, after a Telephone Conference with Counsel, and with the agreement of Counsel, it is **ORDERED** as follows:

1. Plaintiffs shall file a Response to Defendants' Motion for Summary Judgment (ECF No. 30) no later than March 1, 2021.

2. Plaintiffs may file a Motion for Summary Judgment on or before March 1, 2021.

3. Defendants shall file a Response to Plaintiffs' Motion for Summary Judgment on or before March 22, 2021.

4. Plaintiffs and Defendants may file a Reply to the Responses no later than March 29, 2021.

**IT IS SO ORDERED.**

                                                      BY THE COURT:

                                                      */s/ R. Barclay Surrick*
                                                      **R. BARCLAY SURRICK, J.**