IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PARADISE CONCEPTS, INC, ET AL. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 20-2161 |
| : | |
| THOMAS W. WOLF, ET AL. : | |
| : | |

**ORDER**

**AND NOW**, this __5th__ day of __October__, 2021, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 30) and Plaintiffs' Cross Motion for Summary Judgment (ECF No. 34), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1) Defendants' Motion for Summary Judgment (ECF No. 30) is **GRANTED** and Plaintiffs' Cross Motion for Summary Judgment (ECF No. 34) is **DENIED**.

2) Judgment is entered in favor of Defendants Thomas W. Wolf, Rachel Levine, M.D., Kalonji Johnson, and Dennis M. Davin. Judgment is entered against Plaintiffs Paradise Concepts, Inc., MWS, LLC, and MQRE, LLC.

3) The Clerk of Court is directed to mark this matter **CLOSED**.

   **IT IS SO ORDERED.**

BY THE COURT:

_/s/ R. Barclay Surrick_
**R. BARCLAY SURRICK, J.**